1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Mary Horner,                                No. CV-16-03476-PHX-DJH

10            Plaintiff,                         **ORDER**

11   v.

12   Advanced Call Center Technologies LLC,

13            Defendant.

14

15       The Court having received the parties' Stipulation to Dismiss Entire Matter with

16   Prejudice (Doc. 15), filed on April 26, 2017,

17       **IT IS HEREBY ORDERED** granting the Stipulation (Doc. 15) and dismissing

18   this action its entirety, **with prejudice**, each party to bear its own attorneys' fees and

19   costs.

20       **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this

21   action.

22       Dated this 26th day of April, 2017.

23
24
25   _____
     Honorable Diane J. Humetewa
26   United States District Judge
27
28